# Dalton, Dalton & Houston, P.C.

# Invoice

| Date | Invoice # |
|---|---|
| 7/14/2004 | 2359 |

6303 Little River Turnpike, Suite 310
Alexandria, Virginia 22312-5045

| Bill To |
|---|
| Office of Corporation Counsel |

| BILLING # |
|---|
|  |

| Terms | Project |
|---|---|
| Net 30 | Armistead, Kenneth ... |

| Date | Description | Hours | Attorney | Amount |
|---|---|---|---|---|
| 6/17/2003 | TELECON WITH SPED COORDINATOR | 0.1 | WEH | 25.00 |
| 6/24/2003 | ATTENDED MEETING AT BALLOU SHS | 4 | WEH | 1,000.00 |
| 7/3/2003 | FAXED HOD TO ANN DUNLEAVEY | 0.1 | TLP | 7.50 |
| 7/6/2003 | REVIEW OF LEGAL ISSUES RAISED BY HOD AND PRELIMINARY DRAFT OF P.I. FOR FED.CT. | 2 | PSD | 590.00 |
| 7/7/2003 | REVIEW HOD AND IEP/BLMDT NOTES FROM 6/24/03 MEETING; REVIEW PRELIMINARY DRAFT OF PRELIM INJUNCTION; MAKE REVISIONS | 2.1 | EDD | 619.50 |
| 7/8/2003 | PRINTED OFF DOCUMENTS, MADE COPIES, AND MAILED TO RESPECTIVE PEOPLE ON CERTIFICATES OF SERVICE (5). | 1 | TLP | 75.00 |
| 7/9/2003 | MADE A FED PI FILE. | 0.5 | TLP | 37.50 |
| 7/10/2003 | FAXED HOD AND PI DOCUMENTS TO ANN DUNLEAVEY AT FOUNDATION, DR. COHN AND SENT COPY TO MOM. | 0.5 | TLP | 37.50 |
| 7/12/2003 | PI-REVIEW NOTICE FROM SPECIAL MASTER, TCW/MS. ARMISTEAD TO REVIEW HOD AND SUBSEQ.MDT MEETINGS AS WELL AS PI, TC/MR. UTIGER | 1 | EDD | 295.00 |
| 7/16/2003 | WROTE LETTER TO MS. BAACH, CC:UTIGER AND MCQUINN AND FAXED TO ALL. | 0.4 | TLP | 30.00 |
| 7/21/2003 | TCW/MS. WISE, TC/MS. ARMISTEAD | 0.2 | EDD | 59.00 |
| 7/22/2003 | FAXED LETTER TO MR. UTIGER AND MADE INDEX OF DOCS IN PI FILE. | 0.8 | TLP | 60.00 |
| 7/22/2003 | PCW/WEH TO OBTAIN FURTHER INFORMATION REGARDING MDT MEETING HELD, PREPARE LETTER TO MR. UTIGER | 1.2 | EDD | 354.00 |

| | Total |
|---|---|
| | |

| Balance Due |
|---|
| |

ATTACHMENT A

Page 1

# Dalton, Dalton & Houston, P.C.

# Invoice

| Date | Invoice # |
|---|---|
| 7/14/2004 | 2359 |

6303 Little River Turnpike, Suite 310
Alexandria, Virginia 22312-5045

| Bill To |
|---|
| Office of Corporation Counsel |

BILLING #

| Terms | Project |
|---|---|
| Net 30 | Armistead, Kenneth ... |

| Date | Description | Hours | Attorney | Amount |
|---|---|---|---|---|
| 7/23/2003 | PREPARE FOR INITIAL MEETING WITH SPECIAL MASTER | 1.1 | WEH | 275.00 |
| 7/24/2003 | INITIAL MEETING WITH SPECIAL MASTER | 2.5 | WEH | 625.00 |
| 7/24/2003 | MEETING WITH MOTHER | 0.4 | WEH | 100.00 |
| 7/24/2003 | REVIEW DEF'S RESPONSE TO MOTION FOR PI, REVIEW TAPES OF RECORDED TESTIMONY FROM DPH, AND PREPARE FOR INITIAL MEETING. PCW/CLIENT, INITIAL MEETING WITH SPECIAL MASTER | 3 | EDD | 885.00 |
| 7/29/2003 | REVIEW DC OPPOSITION TO MOTION | 0.3 | WEH | 75.00 |
| 7/30/2003 | RECEIVE AND READ SPECIAL MASTER'S LETTER DATED 7/30/03 AND RULING REGARDING PLAINTIFF'S MOTION; TCW/ DR. COHN | 0.9 | EDD | 265.50 |
| 7/31/2003 | READ LETTER FROM SPECIAL MASTER DATED 7/30 TO PARENT SERVICE; INSTRUCT LEGAL ASST. TO MAIL COPY TO MOTHER AND FAX COPY TO DR. COHN | 0.2 | EDD | 59.00 |
| 8/8/2003 | READ SERVICE CENTER'S REPORT SENT TO SPECIAL MASTER | 0.1 | EDD | 29.50 |
| 8/12/2003 | SEVERAL TCW/ MS. SHEPPARD; PREPARE FAX AND FAX LETTER FROM SPECIAL MASTER AND PARENT SERVICE CENTER | 0.3 | EDD | 88.50 |
| 8/22/2003 | COMPLETE LETTER TO JOANNE GIBSON AND TRANSMIT LETTER TO DC CORPORATION COUNSEL AND SPECIAL MASTER BAACH | 0.6 | EDD | 177.00 |
| 8/25/2003 | TCW/ MS. GIBSON; TCW/ DR. COHN. | 0.4 | EDD | 118.00 |

**Total**

**Balance Due**

# Dalton, Dalton & Houston, P.C.

# Invoice

| Date | Invoice # |
|---|---|
| 7/14/2004 | 2359 |

6303 Little River Turnpike, Suite 310
Alexandria, Virginia 22312-5045

| Bill To |
|---|
| Office of Corporation Counsel |

BILLING #

| Terms | Project |
|---|---|
| Net 30 | Armistead, Kenneth ... |

| Date | Description | Hours | Attorney | Amount |
|---|---|---|---|---|
| 8/26/2003 | TELECONFERENCE WITH DR. COHN; RE: IEP MEETING | 0.1 | EDD | 29.50 |
| 8/27/2003 | TCW/ MS. ARMISTEAD; TCW/ MS. LOMBARDI @ FOUNDATION; TCW/ DR. COHN'S OFFICE; RETURN CALL TO FOUNDATION SCHOOL; TC/ MS. GIBSON (PARENT SPECIAL EDUCATION SERVICE CENTER) | 0.4 | EDD | 118.00 |
| 8/28/2003 | TCW/ MS. LOMBARDI; DIRECTOR OF FOUNDATION SCHOOL; TCW/ MS. ARMISTEAD | 0.5 | EDD | 147.50 |
| 8/29/2003 | REPRESENT PARENT AT PLACEMENT MEETING AT BALLOU; FAX PLACEMENT LETTER TO FOUNDATION SCHOOL | 2.5 | EDD | 737.50 |
| 8/31/2003 | PREPARE PRAECIPE CONTAINING BACKGROUND INFORMATION AND ADVISING SPECIAL MASTER OF THE OUTCOME OF MEETING WITH DCPS | 1.6 | EDD | 472.00 |
| 9/4/2003 | TCW/ MS. GIBSON WITH THE PARENT SPECIAL EDUCATION TRAINING SERVICE CENTER; INSTRUCT STAFF TO FAX COPY OF PRAECIPE FILED WITH THE SPECIAL MASTER | 0.2 | EDD | 59.00 |
| | Reimbursable Hours Subtotal | | | 7,451.00 |
| 10/27/2003 | Maria Zimmitti Cohn, Ph.D. Chartered (Invoice # 1160 dated 8/4/03) | 1 | Flat Fee | 1,320.00 |
| | Reimbursable Expenses Subtotal | | | 1,320.00 |
| | | | Total | $8,771.00 |

Balance Due $8,771.00