Maria Zimmitti Cohn, Ph.D., Chartered

2440 M Street, NW
Suite 413
Washington, DC 20037

# Invoice

| Date | Invoice # |
|---|---|
| 8/4/2003 | 1160 |

| Bill To |
|---|
| District of Colombia Schools<br>ATTN: Accounts Payable<br>825 N. Capitol Street, N.E.7th floor<br>Washington, DC 20002 |

| Client Name |
|---|
| Kenneth Armistead |

| Terms | Due Date |
|---|---|
| Due on receipt | 8/4/2003 |

| Item | Type of Session | Date | Length | DSM-IV | CPT | Rate | Amount |
|---|---|---|---|---|---|---|---|
| 21 | Review of Records | 5/18/2003 | 2 hours | | | 220.00 | 220.00 |
| Misc | School Visit/Observation @ $110/hour<br>2 hours @ MM Washington and<br>2 hours @ Foundation School | 5/19/2003 | 4 hours | | | 440.00<br>0.00 | 440.00<br>0.00 |
| 19 | DCPS Hearing<br>(3 hrs. at $110/hour) | 5/21/2003 | 3 hours | | | 330.00 | 330.00 |
| 16 | IEP Meeting<br>- to include preparation and attendance at meeting | 8/29/2003 | 3 hours | | | 330.00 | 330.00 |

Md Lic #3531  DC Lic #1940  SS# 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

PLEASE REMIT PAYMENT TO:

MARIA Z. COHN
2440 M STREET, NW; Suite 413
WASHINGTON, DC 20037

| | |
|---|---|
| **Total** | $1,320.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,320.00 |

ATTACHMENT B