Elaine Schwartz, MS OTR/L, ATP   Jennifer Bilyew MS, CCC-SLP, ATP
Registered Occupational Therapist   Speech-Language Pathologist
Assistive Technology Practitioner   Assistive Technology Practitioner
5021 Murtha Road
Arlexandria VA

## INVOICE

**Date:** 9/10/03
**Invoice #:** 0001

| Bill To: | Client: |
|---|---|
| District of Columbia Public School System | Tim Lewis |

| DATE | TERMS | DUE DATE |
|---|---|---|
|  | Remit payment within 30 days of receiving this bill.  Please send payment to Elaine Schwartz at the above listed address. | 10/10/03 |
| DATE | DESCRIPTION | AMOUNT |
| 9/4/03 | Assistive Technology Evaluation OT/ST | $ 1,200.00 |
|  | TOTAL: $1,200.00 |  |

| | BALANCE DUE: $1,200.00 |
|---|---|