# Alternative Paths Training School

**5632 Mt. Vernon Memorial Hwy.**
**Suite B**
**Alexandria, VA 22309**

| Bill To | Date | Invoice # |
|---|---|---|
| District of Columbia Public Schools | 8/30/2004 | 155 |

| Date | Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 8/4/2004 | Consultation | Reviewing historical documentation | 2.42 | 105.00 | 254.10 |
| 8/5/2004 | Consultation | Observation and interview with Woodson staff | 3 | 105.00 | 315.00 |
|  | Consultation | Phone conference with Karen Alvarez | 0.25 | 105.00 | 26.25 |
| 8/9/2004 | Consultation | Phone interview with Karen Lewis | 0.75 | 105.00 | 78.75 |
| 8/11/2004 | Consultation | Phone conference with Karen Alvarez re: completion process of Functional Assessment and Plan | 0.17 | 105.00 | 17.85 |
|  | Consultation | Phone conference with Sonya Smith | 0.33 | 105.00 | 34.65 |
| 8/13/2004 | Consultation | Observation and interview with residential caregiver | 2.5 | 105.00 | 262.50 |
| 8/17/2004 | Consultation | Functional assessment summary and data analysis | 4.5 | 105.00 | 472.50 |
| 8/18/2004 | Consultation | Behavior Intervention Plan development | 10 | 105.00 | 1,050.00 |
| 8/19/2004 | Consultation | Behavior Intervention Plan completion | 5 | 105.00 | 525.00 |

**Total** $3,036.60

Please remit within 14 days of receipt of this invoice. Please make checks payable to Alternative Paths Training School.

~ Thank You ~