# Alternative Paths Training School

### 5632 Mt. Vernon Memorial Hwy.
### Suite B
### Alexandria, VA 22309

| Bill To |
|---|
| District of Columbia Public Schools |

| Date | Invoice # |
|---|---|
| 10/19/2004 | 177 |

| Date | Item | Description | Quantity | Rate | Amount |
|---|---|---|---|---|---|
| 8/31/2004 | Consultation | Group staff training meeting w/DCPS & Transportation staff | 2.5 | 75.00 | 187.50 |
| 9/1/2004 | Training | training trial w/residential staff | 9.75 | 105.00 | 1,023.75 |
| 9/2/2004 | Training | training trial w/residential staff | 3.5 | 105.00 | 367.50 |
| 9/1/2004 | Consultation | phone conferences 9/1-9/19 | 5.49 | 75.00 | 411.75 |
| 9/13/2004 | Training | training w/ residential staff | 3 | 105.00 | 315.00 |
| 9/14/2004 | Training | on site school staff training | 1.91 | 105.00 | 200.55 |
| 9/15/2004 | Training | school staff training | 3.75 | 105.00 | 393.75 |
| 9/24/2004 | Consultation | phone conferences | 2 | 75.00 | 150.00 |
| 9/15/2004 | Consultation | phone conferences 9/15-9/30 | 1.32 | 75.00 | 99.00 |

**Total** $3,148.80

Please remit within 14 days of receipt of this invoice. Please make checks payable to Alternative Paths Training School.

~ Thank You ~