UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MIKEISHA BLACKMAN, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 97-1629 (PLF) |
| DISTRICT OF COLUMBIA, et al., | ) | Claim of Linda and Brenda Gibson, Surrogate parent for educational Purposes of S.J. |
| Defendants. | ) | |

ORDER

For the reasons set forth in the separate Opinion issued this same day, it is hereby

ORDERED that [1706] plaintiffs' motion to adopt the Report and Recommendation of the Special Master is GRANTED; it is

FURTHER ORDERED that [1703] the Report and Recommendation of the Special Master is ADOPTED; it is

FURTHER ORDERED that [1696] plaintiffs' motion for preliminary injunction is GRANTED; it is

FURTHER ORDERED that DCPS shall issue immediately a notice of placement for S.J. at Accotink Academy and shall fund this placement prospectively until such time as a change in placement is made that is in accordance with the procedural protections provided for by the IDEA; it is

FURTHER ORDERED that upon a showing that defendants have failed to comply with any of the above provisions of this Order, the defendants may be fined up to $5,000 for each such instance; it is

FURTHER ORDERED that in order to monitor the timely implementation of the services described herein, defendants shall furnish the Special Master with documentation and information in the form in which it is requested and by the date it is requested; it is

FURTHER ORDERED that, as the prevailing party, plaintiffs are entitled to reasonable attorney fees; and it is

FURTHER ORDERED that, to assist the Special Master in her consideration of the claim alleging membership in the <u>Jones</u> subclass, counsel for Plaintiff, counsel for the <u>Blackman</u> class and counsel for Defendants shall submit further briefing to the Special Master on the following two issues:

1. Are Interim Orders issued by Hearing Officers "orders" within the meaning of the Jones subclass certification?; and

2. Can a party appeal an Interim Decision and Order to a court of competent jurisdiction, and if so, what is the effect of a party's failure to do so within the time provided in the Interim Decision and Order?

The submissions must include either citations to legal precedent for the positions advocated or certify that the party made a good faith effort to find authority but found no relevant precedent. The first briefs should be submitted no later than August 30, 2005, with responses due September 15, 2005.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: August 10, 2005