UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MIKEISHA BLACKMAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 97-1629 (PLF) |
| JAMES JONES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 97-2402 (PLF) |

ORDER

On November 7, 2005, the parties filed a Proposed Consent Decree and Joint Motion for Preliminary Approval of the Consent Decree. Upon careful review of the parties' submissions, the Court asked the parties to meet informally with the Court to discuss concerns regarding the meaning, effect and clarity of certain provisions of the Proposed Consent Decree. On November 21, 2005, representatives of the parties met with the Court in chambers. In attendance were plaintiffs' Class Counsel, Tamara L. Seltzer and Alisa H. Reff; Daniel A. Rezneck and Cary D. Pollak of the Office of the Attorney General of the District of Columbia; Erika Pierson, Acting General Counsel of the District of Columbia Public Schools; and Judith

Smith, Director of Federal and Family Court Monitoring for the District of Columbia Public Schools' Office of Special Education.

After discussion of the Court's concerns, the parties agreed that some modifications to the Proposed Consent Decree were in order, and agreed to submit a revised Proposed Consent Decree embodying those changes.  Revision of the Proposed Consent Decree also will require amending the parties' proposed schedule for public notice, comment, and a fairness hearing.  In consideration of the foregoing, it is hereby

ORDERED that the dates for public notice and comment set forth in the Court's Order of October 28, 2005 are VACATED.  The fairness hearing scheduled for January 18 and 19, 2005, is CANCELLED; it is

FURTHER ORDERED that the parties shall file a Revised Proposed Consent Decree on or before December 20, 2005; and it is

FURTHER ORDERED that, pending the Court's preliminary approval of the parties' Revised Proposed Consent Decree, the following schedule shall apply:

1. Notice will be disseminated on or before January 17, 2006.

2. Any comments regarding the proposed Consent Decree must be filed with the Court in writing and served on the parties no later than February 17, 2006.

3. The parties will file their written responses, if any, to the comments filed with the Court no later than March 2, 2006.

      4.      A Fairness Hearing will be held beginning on March 9, 2006 at 1:45 p.m. in Courtroom 28 on the sixth floor of the William B. Bryant Annex to the E. Barrett Prettyman United States Courthouse. If necessary, the Fairness Hearing shall resume on March 10, 2006, starting at 9:30 a.m.

      SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: November 23, 2005