UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MIKEISHA BLACKMAN, et al., )
Plaintiffs, )
v. ) Civil Action No. 97-1629 (PLF)
) *Consolidated with*
DISTRICT OF COLUMBIA, et al. ) Civil Action No. 97-2402 (PLF)
Defendants. )

FILED
DEC 20 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[PROPOSED] ORDER

Upon consideration of the Joint Motion for Preliminary Approval of Consent Decree, it is

HEREBY ORDERED that the Joint Motion for Preliminary Approval is GRANTED; and

FURTHER ORDERED:

1.  The proposed Consent Decree is Preliminarily Approved;

2.  The form and manner of disseminating Notice and the proposed form of Notice is Approved;

3.  Notice will be disseminated on or before January 17, 2006;

4.  Any comments regarding the proposed Consent Decree must be filed with the Court in writing and served on the parties no later than February 17, 2006;

5.  The parties will file their written responses, if any, to the comments filed with the Court no later than March 2, 2006; and

6. A Fairness Hearing will be held beginning on March 9, 2006 at 1:45 p.m. in Courtroom 29 on the sixth floor of the William B. Bryant Annex to the E. Barrett Prettyman United States Courthouse. If necessary, the Fairness Hearing shall resume on March 10, 2006, starting at 9:30 a.m.

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE: December 20, 2005