UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKEISHA BLACKMAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 97-1629 (PLF) |
| JAMES JONES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 97-2402 (PLF) |

ORDER

On December 19, 2005, the parties to this case submitted a revised Proposed Consent Decree and a motion seeking its preliminary approval by the Court. After reviewing the Proposed Consent Decree, the Court preliminarily approved it on December 20, 2005, and established a schedule for delivering notice to class members and accepting public comment on the proposed settlement. The comment period closed on February 17, 2006, and the parties' responses to the comments are due on March 2, 2006. A Fairness Hearing is scheduled for March 9, 2006.

The Court received eight sets of comments to the Proposed Consent Decree.

Some of those who submitted comments indicated their desire to make an oral presentation at the Fairness Hearing; most did not. Upon consideration of the comments received, and the entire record of the case, it is hereby ORDERED that:

A Fairness Hearing will be held beginning on March 9, 2006 at 1:45 p.m. in Courtroom 29 on the sixth floor of the William B. Bryant Annex to the E. Barrett Prettyman United States Courthouse. If the hearing does not conclude by the end of the day, it shall resume the following morning, March 10, at 9:30 a.m.; and it is

FURTHER ORDERED that the order of presentation shall be as follows:

1. Judge David S. Tatel and Amy Totenberg, Esq., who have served as mediators in this case, together will speak for approximately 30 minutes.

2. Plaintiffs' class counsel will speak for approximately 15 minutes.

3. Defendants' counsel will speak for approximately 15 minutes.

4. Robert Berlow, Margaret A. Kohn, Joseph B. Tulman, and Donna L. Wulkan, who jointly submitted comments on the Proposed Consent Decree on February 17, 2006, together will speak for approximately 30 minutes.

5. Theresa Bollech, who submitted comments on the Proposed Consent Decree on February 15, 2006, will speak for no more than 10 minutes.

6. Bettie J. Florence, who submitted comments on the Proposed Consent Decree on February 17, 2006, will speak for no more than 10 minutes.

7. Any persons who have not previously requested the opportunity to speak at the Fairness Hearing may speak for no more than 5 minutes each.

8. Plaintiffs' class counsel, defendants' counsel, and Ms. Totenberg may

respond to any concerns raised during the Fairness Hearing.

        SO ORDERED.

                                            /s/_____
                                            PAUL L. FRIEDMAN
                                            United States District Judge

DATE: February 28, 2006