UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKEISHA BLACKMAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 97-1629 (PLF) |
| JAMES JONES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 97-2402 (PLF) |

ORDER

Upon consideration of the District of Columbia's motion to waive procurement laws for implementation of the consent decree herein, the memorandum of points and authorities in support thereof, and the lack of opposition thereto, it is, by the Court, ordered as follows:

Whereas, on December 20, 2005, this Court granted preliminary approval of the Blackman/Jones Consent Decree, and the parties are continuing in mediation to revise the Consent Decree but continue to operate in good faith under the terms of the preliminarily approved Consent Decree; Whereas paragraph VIII.F of the Consent Decree provides that the defendants are not bound by the D.C. Procurement Practices Act or any other District or federal

law relating to procurement, or any regulations thereunder; Whereas it is necessary for the defendants to have the ability to enter into certain contracts in an expedited manner in order to meet the requirements and agreed upon purposes of the preliminarily approved Consent Decree; It is hereby

ORDERED that pending final approval of the Consent Decree, in order to implement the preliminarily approved Consent Decree, the defendants are not bound by the D.C. Procurement Practices Act or any other District or federal law relating to procurement, or any regulations thereunder.

SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: April 14, 2006