UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKEISHA BLACKMAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al., <br><br> Defendants. | Civil Action No. 97-1629 (PLF) |
| JAMES JONES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al., <br><br> Defendants. | Civil Action No. 97-2402 (PLF) |

ORDER

On March 17, 2006, the Court issued a Memorandum Opinion and Order discussing its concerns with the proposed Consent Decree preliminarily approved by the Court on December 20, 2005, and adjourning the Fairness Hearing begun on March 10 so that the parties could consider modifications to the proposed decree.  It is the Court's understanding that since the issuance of that Order, the parties have continued to engage in good-faith negotiations on a revised proposed Consent Decree, and have made progress in reaching a mutually acceptable agreement addressing the concerns expressed by the Court during the Fairness Hearing and in its March 17 Memorandum Opinion and Order.

This case, however, is set for trial on July 11, 2006, a date that is fast approaching. And while the Court continues to believe that a negotiated agreement not only is attainable, but also would best serve the interests of the class members and the defendants, if mediation is unsuccessful the parties must be prepared to litigate the remedy aspect of the case.

Accordingly, it is hereby

ORDERED that any revised proposed Consent Decree shall be filed with the Court on or before June 30, 2006; it is

FURTHER ORDERED if no proposed Consent Decree is filed by that date, the parties shall file, on or before July 5, 2006, a Joint Pretrial Statement pursuant to LCvR 16.5(b). A pretrial conference shall be held on July 7, 2006 at 10:00 a.m., and trial shall commence on July 11, 2006 at 10:00 a.m.; and it is

FURTHER ORDERED that, if a revised proposed Consent Decree is filed by June 30, 2006, the July 11 trial date shall be vacated and the July 7 pretrial conference shall be converted to a status conference. If a status conference is thus held, the Court will discuss with the parties the time frame for the filing of briefs or evidence in support of the revised decree. The fairness hearing adjourned on March 10, 2006 will in such event resume on July 21, 2006 at 10:00 a.m.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: June 16, 2006