UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKEISHA BLACKMAN, et al., )<br>Plaintiffs, )<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al. )<br>Defendants. )<br>) | Civil Action No. 97-1629 (PLF)<br>*Consolidated with*<br>Civil Action No. 97-2402 (PLF) |

## JOINT MOTION FOR FINAL APPROVAL OF CONSENT DECREE

The parties to this litigation, by and through their undersigned counsel, having executed the attached Consent Decree, and being of the opinion that the Decree represents a fair, reasonable, and adequate resolution of the instant lawsuits, respectfully submit the Decree to the Court for its consideration. The parties jointly request that the Court issue an order granting final approval of the Decree following the conclusion of the resumed fairness hearing.

The parties note that there are two exhibits that are to be appended to the Consent Decree – the Compensatory Education Catalog and the Student Hearing Office Standard Operating Procedures – that are not appended to the Consent Decree being filed today. These two exhibits will be filed by July 7, 2006, the date of the Status Conference.

On June 16, 2006, the Court issued an order setting a status conference for July 7, 2006, and the resumed fairness hearing for July 21, 2006. The parties understand that the date of the fairness hearing is to be changed to July 17, 2006, and seek a revised Order from the Court setting this date.

Respectfully submitted,

| ON BEHALF OF PLAINTIFFS: | ON BEHALF OF DEFENDANTS: |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Ira Burnim Bar No. 406154 | Robert Spagnoletti |
| Tammy Seltzer Bar No. 453115 | Attorney General for the District of Columbia |
| Bazelon Center for Mental Health Law | |
| 1101 Fifteenth Street, NW, Suite 1212 | |
| Washington, D.C. 20005 | George C. Valentine |
| Phone: (202) 467-5730 x129 | Deputy Attorney General, Civil Division |
| | |
| Alisa H. Reff Bar No. 423113 | Edward Taptich |
| DRINKER BIDDLE & REATH LLP | Chief, Equity Section II |
| 1500 K Street, NW, Suite 1100 | |
| Washington, DC 20005-1209 | |
| Phone: (202) 842-8852 | Daniel A. Rezneck Bar No. 31625 |
| | Senior Assistant Attorney General |
| | Equity Section II |
| Charles Moran Bar No. 970871 | |
| 601 Pennsylvania Ave. NW | |
| Suite 900, South Building | Cary D. Pollak Bar No. 055400 |
| Washington, DC 20004 | Senior Assistant Attorney General |
| (202) 882-8686 | Equity Section II |
| | 441 4th Street, NW |
| | 6th Floor South |
| | Washington, DC 20001 |
| | (202) 724-6604 |

June 30, 2006