UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKEISHA BLACKMAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 97-1629 (PLF) |
| JAMES JONES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 97-2402 (PLF) |

ORDER

On June 30, 2006, the parties filed a revised proposed consent decree in this case. Pursuant to the Court's Order of June 16, 2006, it is hereby

ORDERED that the trial date scheduled for July 11, 2006 is VACATED; it is

FURTHER ORDERED that the pretrial conference currently set for July 7, 2006 at 10:00 a.m. is converted to a status conference at which the Court will discuss with the parties the time frame for the filing of briefs or evidence in support of the revised decree, as well as legal memoranda addressing any questions about the status of charter schools and charter school students under the decree; it is

FURTHER ORDERED that the fairness hearing adjourned on March 10, 2006 will resume on July 17, 2006 at 1:30 p.m. unless otherwise agreed by the parties at the status conference on July 7, 2006. The revised proposed consent decree shall be available for public viewing on the Court's web site.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 3, 2006