UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIKEISHA BLACKMAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. )<br> | Civil Action No. 97-1629 (PLF) |
| JAMES JONES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, et al., )<br>)<br>Defendants. )<br> | Civil Action No. 97-2402 (PLF) |

ORDER

Upon consideration of the Joint Motion for Briefing Schedule filed on July 12, 2006, it is hereby ORDERED that:

1. The parties will simultaneously file briefs on the issue set forth in section XI of the proposed Consent Decree – namely, "Are the Defendant[s] legally responsible for ensuring timely hearings and timely implementation of HODs and SAs for charter school students?"– on August 18th, 2006.

2. The Public Charter School Board and any other person or entity wishing to be heard on these issues shall file a motion for leave to intervene or for leave to file an *amicus curiae* brief, along with a brief on the merits of the issues, by September 1, 2006.

3. The parties will simultaneously file their responses to each other's filings and to any other filings on September 18, 2006.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: July 12, 2006