UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MIKEISHA BLACKMAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 97-1629 (PLF) |
| | ) | |
| v. | ) | Claim of Darius and Deborah Mans |
| | ) | |
| | ) | |
| DISTRICT OF COLUMBIA, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATIONS
OF THE SPECIAL MASTER**

**Background**

This report is filed pursuant to the Order of Reference dated February 12, 1999 (Order of Reference) in <u>Blackman v. District of Columbia</u>, Civil Action No. 97-1629 (PLF) (<u>Blackman</u>). Plaintiffs Darius and Deborah Mans, parents of A. and S. Mans, filed, through counsel, a motion for a preliminary injunction on November 14, 2005. The Court referred the matter to the Special Master on November 15, 2005. The students in question attended the Lab School of Washington ("Lab School"), and the plaintiffs claimed that the defendants had failed to implement an HOD when it refused to pay invoices submitted by the Lab School.

Approximately two weeks before the filing of the motion for a preliminary injunction, the administrative staff of the Lab School filed a request for a hearing under procedures established in <u>Petties, et al. v. District of Columbia</u>, et al., 95-0148(PLF)). See Court Order of November 8, 2004. Attached to this report is correspondence to the parties in the <u>Petties</u> matter establishing a date and time for a preliminary teleconference.

Sometime following the teleconference, the District of Columbia Public Schools ("DCPS") reached a settlement agreement with the Lab School regarding funding for A. and S. Mans.  Accordingly, the November 14, 2005, request for injunctive relief under <u>Blackman</u> is moot.

                                                    Respectfully submitted,

                                                    Elise Baach
                                                  Special Master

Date: