UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MIKEISHA BLACKMAN, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 97-1629 (PLF) |
| DISTRICT OF COLUMBIA, et al., | ) ) ) | |
| Defendants. | ) ) | |
| JAMES JONES, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 97-2402 (PLF) |
| DISTRICT OF COLUMBIA, et al., | ) ) ) | |
| Defendants. | ) ) | |

ORDER

For the reasons explained in the Opinion issued this same day, it is hereby

ORDERED that within 30 days of the date of this Order, defendants pay to plaintiffs' class counsel the balance of the attorneys' fees awarded on October 12, 2007, the balance of which equals $1,816,000.

SO ORDERED.

/s/
PAUL L. FRIEDMAN
United States District Judge

DATE: March 11, 2008