UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

)
MIKEISHA BLACKMAN, et al.,                )
                                           )
            Plaintiffs,                    )
                                           )
v.                                         )        Civil Action No. 97-1629 (PLF)
                                           )        Consolidated with
DISTRICT OF COLUMBIA, et al.,             )        Civil Action No. 97-2402 (PLF)
                                           )
            Defendants.                    )
_____)

**JOINT MOTION TO DISMISS THE *BLACKMAN* PORTION OF THIS CASE
PURSUANT TO PARAGRAPH 147 OF THE CONSENT DECREE**

NOW COME THE PARTIES, by and through counsel, and respectfully move the

Court to terminate the *Blackman* portion of this case in accordance with Paragraphs 146

and 147 of the Consent Decree.  The reasons for this request are set forth below and in

the Points and Authorities in support of this motion, which are incorporated herein by

reference.

Pursuant to Paragraph 147 of the Consent Decree, Defendants have given notice

to Class Counsel and the Court Monitor that they believe they are in compliance with the

exit criteria set forth in Paragraph 147 of the Consent Decree.  Plaintiffs have

investigated Defendants' compliance with the Decree, as required by the parties' August

5, 2010 ADR agreement, and join in this motion.

WHEREFORE, Defendants and Plaintiffs jointly move the Court to terminate

*Blackman, et al. v. District of Columbia, et al.*, Civil Action No. 97-1629 (PLF).

Respectfully submitted,


PETER J. NICKLES
Attorney General
for the District of Columbia


GEORGE  C. VALENTINE
Deputy Attorney General
Civil Litigation Division

ELLEN A. EFROS
Assistant Deputy General
Civil Litigation Division


__/s/_Robert C. Utiger
Robert C. Utiger
Senior Counsel
Office of the Attorney General
  For the District of Columbia
441 Fourth Street, NW
Washington, D.C. 20001
(202) 724-6532
robert.utiger@dc.gov


/s/ *Ira A. Burnim*
IRA A. BURNIM (Bar No. 406154)
LEWIS BOSSING (Bar No. 984609)
BAZELON CENTER FOR MENTAL
HEALTH LAW
1101 Fifteenth Street, NW, Suite 1212
Washington, D.C. 20005
Tel: 202-467-5730

*For Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
MIKEISHA BLACKMAN, et al.,                  )
                                            )
            Plaintiffs,                     )
                                            )
v.                                          )      Civil Action No. 97-1629 (PLF)
                                            )      Consolidated with
DISTRICT OF COLUMBIA, et al.,               )      Civil Action No. 97-2402 (PLF)
                                            )
            Defendants.                     )
_____   )

**MEMORANDUM IN SUPPORT OF THE PARTIES' JOINT MOTION TO
DISMISS THE *BLACKMAN* PORTION OF THIS CASE PURSUANT TO
PARAGRAPH 147 OF THE CONSENT DECREE**

Paragraph 146 of the Consent Decree provides that the *Blackman* case will

terminate when:

(a)  During the preceding 12 months 90% of due process hearing requests were timely

     adjudicated (by issuance of a final HOD) or settled;  and

(b)  No due process hearing requests are more than 90 days overdue.

Paragraph 147 requires that the Defendants give notice that they believe they are

in compliance with the provisions of Paragraph 146 to both the Plaintiffs and the

Monitor.  If neither questions the District's assertion in writing within 30 days, a joint

motion to terminate *Blackman* will be filed.

On August 5, 2010 the parties filed with the Court an agreement reached as part

of the Alternative Dispute Resolution (ADR) provisions of the Consent Decree that

resolved concerns raised by the Plaintiffs through the ADR process.  This agreement

required the District to make certain changes to its procedures and to provide training to

District hearing officers and the administrative staff of the District's Student Hearing

3

Office.  The agreement also provides that, should these changes be made, training provided, and a subsequent review of complaint files by Plaintiffs find the District in compliance with the *Blackman* portion of the Consent Decree, Plaintiffs would join in a motion to dismiss that part of this case.

That review has now taken place.  *See* Exhibit A (Plaintiffs' Third Report to Defendants on Blackman Timeliness Compliance).  Based on their review, Plaintiffs agree that the *Blackman* portion of this case should now terminate. The Court Monitor has been made aware of the Parties' intention to file this motion through e-mails and telephone discussions over the past month.

The Parties therefore jointly request that the Court enter the attached order terminating *Blackman, et al. v. District of Columbia, et al.*,  Civil Action No. 97-1629.

Respectfully submitted,

PETER J. NICKLES
Attorney General of the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
For Civil Litigation

ELLEN A. EFROS
Assistant Deputy Attorney General

/s/ Robert C. Utiger_____
ROBERT C. UTIGER [437130]
Senior Counsel to the Deputy
For Civil Litigation
441 4th St, N.W., Suite 600 S
Washington, D.C. 20001
(202) 724-6532

*For Defendants*

4

/s/ *Ira A. Burnim*_____

IRA A. BURNIM (Bar No. 406154)
LEWIS BOSSING (Bar No. 984609)
BAZELON CENTER FOR MENTAL
HEALTH LAW
1101 Fifteenth Street, NW, Suite 1212
Washington, D.C. 20005
Tel: 202-467-5730

*For Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
MIKEISHA BLACKMAN, et al.,                       )
                                                )
                        Plaintiffs,              )
v.                                               )        Civil Action No. 97-1629 (PLF)
                                                )        Consolidated with
DISTRICT OF COLUMBIA, et al.,                    )        Civil Action No. 97-2402 (PLF)
                                                )
                        Defendants.              )
_____          )


## ORDER

This matter is before the Court on the joint motion of the Parties to terminate

*Blackman, et al. v. District of Columbia, et al.*, Civil Action No. 97-1629.  After careful

review of the submission of the parties the motion is **GRANTED** for the reasons set forth

in the joint motion and *Blackman, et al. v. District of Columbia, et al.*, Civil Action No.

97-1629, is hereby **DISMISSED** with prejudice.

**SO ORDERED**


                                        _____

                                        Paul L. Friedman
                                        U.S. District Judge