FILED
JUL - 5 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MIKEISHA BLACKMAN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 97-1629 (PLF) |
| v. ) | Consolidated with |
| ) | Civil Action No. 97-2402 (PLF) |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

This matter is before the Court on the parties' joint motion to dismiss the Blackman portion of this case pursuant to Paragraph 147 of the Consent Decree. That Paragraph provides that if class counsel and the Monitor are satisfied that compliance with Paragraph 146 has been shown, "the parties shall file a joint motion seeking dismissal of the underlying Blackman portion of the case, which includes Section IV.A (timely hearings); and IV.D (Student Hearing Office)." Blackman v. District of Columbia, Consent Decree, 2006 WL 2456413, ¶ 147 (D.D.C. Aug. 24, 2006). The Monitor, upon an independent review of "the data and evidence submitted by [d]efendants to demonstrate compliance with the criteria for termination of the Blackman portion of the decree," concurs that the required exit criteria have been met. Monitor's Comments Regarding the Parties' Joint Motion at 1, Feb. 4, 2011. Accordingly, pursuant to the terms of the Consent Decree executed by the parties and approved by the Court on August 24, 2006, it is hereby

ORDERED that the parties' joint motion to dismiss the Blackman portion of this case pursuant to Paragraph 147 of the Consent Decree [Dkt. No. 2246] is GRANTED; and it is

FURTHER ORDERED that Blackman v. District of Columbia, Civil Action No. 97-1629, is DISMISSED without prejudice pursuant to Paragraph 132 of the Consent Decree.

SO ORDERED.

DATE: 7/5/11

PAUL L. FRIEDMAN
United States District Judge